```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 40153
   GEORGE SOCHAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4341


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/25/05 and confirmed on 12/02/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $   17100.00 .

   4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG        .00           .00            .00
BANK ONE/JPM CHASE         SECURED              .00           .00            .00
HARRIS BANK CONSUMER LOA   SECURED              .00           .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          576.97          .00         130.24
RESURGENT CAPITAL SERVIC   UNSECURED        20428.65          .00        4611.29
ECAST SETTLEMENT CORPORA   UNSECURED         2040.41          .00         460.58
ECAST SETTLEMENT CORPORA   UNSECURED         1970.19          .00         444.72
RESURGENT CAPITAL SERVIC   UNSECURED        22158.43          .00        5001.75
ECAST SETTLEMENT CORPORA   UNSECURED         1253.62          .00         282.98
KOHLS                      UNSECURED          210.14          .00          47.43
ECAST SETTLEMENT CORPORA   UNSECURED         3500.74          .00         790.21
RESURGENT CAPITAL SERVIC   UNSECURED         7486.07          .00        1689.81
CHASE HOME FINANCE         MORTGAGE ARRE      526.20          .00         526.20
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    526.20         .00      59625.22        .00       60151.42
PRINCIPAL PAID        526.20         .00      13459.01        .00       13985.21
INTEREST PAID            .00         .00          .00         .00            .00
TOTAL PAID            526.20         .00      13459.01        .00       13985.21
The Debtor's attorney, JOSEPH WROBEL ESQ               , was allowed $    2700.00
and was paid $    306.00  direct and $   2394.00  through the plan.

The Trustee received $    720.79 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 03/25/09                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE